**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. WILLIAMS<br><br>                Petitioner,<br><br>    v.<br><br>PICKETT.<br><br>               Respondent. | Case No. 2:20-cv-08148-JLS-SHK<br><br>**JUDGMENT** |

    Pursuant to the Order Denying Petition, Dismissing Action, and Denying Certificate of Appealability,

    IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 1, 2020

                                  HON. JOSEPHINE L. STATON
                                  United States District Judge